NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

## IN RE RUSSELL G. ROSS AND REBECCA B. KANE

---

2013-1660

---

Appeal from the United States Patent and Trademark Office, Patent Trial and Appeal Board in Serial No. 10/975,277.

---

## JUDGMENT

---

ROBERTA JACOBS-MEADWAY, Eckert Seamans Cherin & Mellott, LLC, of Philadelphia, Pennsylvania, argued for appellants. With her on the brief were BRIDGET HEFFERNAN LABUTTA, DAVID V. RADACK, and PHILIP E. LEVY.

LORE A. UNT, Associate Solicitor, United States Patent and Trademark Office, of Alexandria, Virginia, argued for appellee. With her on the brief were NATHAN K. KELLEY, Solicitor, and FRANCES M. LYNCH, Associate Solicitor.

---

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

PER CURIAM (DYK, TARANTO, and CHEN, *Circuit Judges*).

**AFFIRMED.  *See* Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT


  September 15, 2014          /s/  Daniel  E.  O'Toole
          Date                        Daniel E. O'Toole
                                      Clerk of Court